# RESEARCH FRONTIERS INCORPORATED



240 CROSSWAYS PARK DRIVE, WOODBURY, N.Y. 11797 · TEL: (516) 364-1902
Internet: www.SmartGlass.com · FAX (516) 364-3798 · (888) SPD-REFR

December 19, 2014

SPD Control Systems Corp.
Center for Wireless & Info. Technology
Stony Brook Univ. R&D Park
1500 Stony Brook Road
Stony Brook, NY 11794-6040
Attention: John Petraglia, President

Dear John:

As you know, our two companies have agreed that we shall each be entitled to half of the net proceeds, if any, received by Research Frontiers Incorporated from Daimler AG pursuant to an electronics license between Daimler AG, Research Frontiers Incorporated ("RFI") and SPD Control Systems Corp. ("SCSC") effective as of December 22, 2010 (the "Daimler Electronics License"). Also pursuant to SCSC's notice of termination, as of December 31, 2014 the License Agreement effective as of October 25, 2005, as amended, between Research Frontiers Inc. and SPD Control Systems Corp (the "SPD Controller License") shall terminate. This letter agreement confirms and restates the terms under which our two companies have agreed to continue to share revenues under the Daimler Electronics License:

1. RFI and SCSC estimate that at an exchange rate of $1.24/euro, that the total minimum annual royalty due from Daimler under the Daimler Electronics License Agreement with respect to the 2014 calendar year is $49,600. SCSC's portion of this for 2014 amounts to an estimated $24,800, of which $16,616 is being applied to reduce the Minimum Annual Royalties due under Section 3.2 of the SPD Controller License, and, after deduction of the $492.92 already paid by RFI to SCSC through October 31, 2014 with respect to the 2014 calendar year, leaves an estimated balance to be paid by RFI to SCSC of $7,691.08. RFI is advancing this $7,691.08 amount to SCSC upon full execution of this letter agreement, and SCSC and RFI agree that if the amount actually collected by RFI from Daimler for 2014 under the Daimler License Agreement differs from the above $49,600 estimated amount, then the parties shall immediate pay or refund the appropriate amount due to the other party, and adjust the above allocation based upon the amount actually received by RFI from Daimler.

2. SCSC agrees that any payments due to SCSC and received by RFI with respect to amounts due under the Daimler License Agreement on or after January 1, 2015 (the "SCSC Portion") shall be applied by RFI as follows:

(i) at least 67% of the SCSC Portion shall be applied towards payment of any amounts due to RFI under the SPD Controller License;

(ii) 33% of the SCSC Portion shall be applied, at SCSC's option, either towards payment of any amounts due to RFI under the SPD Controller License, or towards product development initiatives for SCSC's electronic controllers used to operate SPD-Smart products, provided that details of such product development initiative and a budget therefore have been provided by SCSC to RFI; and

(iii) If SCSC does not owe RFI or its affiliates any amounts under the SPD Controller License or otherwise, then SCSC shall receive the SCSC Portion from RFI as specified in Section 3 hereof.

3. Within 30 days of receipt of any payment from Daimler under the Daimler License Agreement, RFI shall notify SCSC of the amount of such payment received, and how it was allocated by RFI pursuant to this Agreement, and shall provide SCSC of a copy of any report issued by Daimler to RFI that accompanies their payment. RFI shall pay over to SCSC within 30 days of such notice any amounts of the SCSC portion that have not been allocated by RFI pursuant to this Agreement.

4. SCSC hereby acknowledges that after application of the $16,616.00 amount specified in Section 1 hereof (and subject to adjustment as specified in Section 1 hereto), it currently owes RFI $56,098.22 (the "Current Balance") in royalty payments under the SPD Controller License.

If this letter reflects our agreement, please sign two originals and return both to me. I will then countersign them and also wire your funds advance of $7,691.08.

Sincerely,

Joseph M. Harary
President and CEO

SPD Control Systems Corp.
By: _____
John Petraglia, President
Dated: December 19, 2014