

# THE TICKTIN LAW GROUP
*"The lawyers you want between you and your problems"*

May 18, 2020

Joseph M. Harary
Research Frontiers Inc.
240 Crossways Park Drive
Woodbury, NY 11797-2033
Harary@SmartGlass.com

**Via Certified Mail and E-mail**
7019 2280 0000 6978 9880

Re: **Violation of U.S. Patents owned by Global Glass**

Dear Mr. Harary:

Please be advised that I represent Global Glass Technologies, Inc in regard to its intellectual property rights.

As you are aware, SPD Control System Corp. assigned to my client the U.S. Patent Registration Nos.: 7,800,812; 8,098,421; 8,120,839; 8,792,154; 9,261,752; and 9,658,509. The patent most pertinent to this letter is Registration No. 8,792,154.

Global Glass is aware that you are using and licensing to third parties the patent(s) that you know were assigned to Global Glass. Global Glass is also aware that you collected and are still collecting royalties in connection with the above-referenced patents which rightfully belong to Global Glass. Your activities constitute willful patent infringement under 35 U.S.C. § 271.

In view of the above, Global Glass demands that you immediately:

1. Cease and desist from licensing the above-reference patents, and manufacturing, promoting, or selling any products that incorporate Global Glass's patented technology unless and until a license is obtained;

2. Provide a list of current and past licensees since 2016;

3. Provide a full and complete accounting of all sales and/or royalties of any licenses or products offered incorporating Global Glass's patents; and

4. Fully reimburse Global Glass for all legal expenses incurred in addressing your unlawful actions.

Global Glass would prefer to resolve this matter amicably. Please contact me at (561) 232-2222 or at cpalacios@legalbrains.com on or before **June 1, 2020** to discuss this matter. If I do not hear from you, Global Glass intends to take whatever action it deems necessary to protect its intellectual property rights without further notice.

This letter also serves as notice that you may not discard, destroy, alter, or otherwise spoil any evidence relating to this matter until it is resolved or fully adjudicated.

Yours very truly,

Chezare Palacios

CP:ms