IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No.: 8:20-cv-02517-MSS-AEP

GLOBAL GLASS TECHNOLOGIES, INC.,

        Plaintiff,

v.

RESEARCH FRONTIERS, INC.,
GAUZY LTD, and VISION SYSTEMS
NORTH AMERICA, INC.,

        Defendants
_____/

## MOTION TO CHANGE ATTORNEY OF RECORD, TO CHANGE EMAIL DESIGNATIONS & FOR CLERK TO UPDATE INFORMATION

Pursuant to Middle District of Florida Local Rule 2.02, the Plaintiff, GLOBAL GLASS TECHNOLOGIES, INC., by and through its undersigned attorneys, hereby files this Motion to Change Attorney of Record, to Change Email Designations and for Clerk to Update Information, and in support states as follows:

1. While the law firm of THE TICKTIN LAW GROUP is still the law firm representing the Plaintiff, in the above referenced matter, Attorney PETER TICKTIN is now lead counsel and Attorneys, JAMIE ALAN SASSON, MICHAEL J. McCORMICK, JR. and EMILY B. CHATZKY, are additional counsel of record.

2. Any prior attorneys should be removed as counsel of record.

3. The undersigned attorneys request the Clerk to designate Serv512@LegalBrains.com, Serv513@LegalBrains.com, Serv540@LegalBrains.com and Serv521@LegalBrains.com for service in the above styled matter. Service shall be complete upon emailing to the aforementioned email addresses, provided that the provisions of Rule 2.02

are followed, service shall only be made to the above email address and no others at THE TICKTIN LAW GROUP.

WHEREFORE, the Plaintiff, GLOBAL GLASS TECHNOLOGIES, INC., respectfully requests this Court enter an Order changing the Attorneys of Record, changing the Email Designations and for the Clerk to Update Information, and grant such other relief as the Court deems just and proper.

Date: April 8, 2021

Respectfully Submitted,

/s/ Peter Ticktin\_\_\_
Peter Ticktin
Fla Bar #887935
Jamie Alan Sasson
Fla Bar #10802
Michael J. McCormick, Jr.
Fla Bar #1002312
Emily B. Chatzky
Fla Bar #1022179
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv512@LegalBrains.com
Serv513@LegalBrains.com
Serv540@LegalBrains.com
Serv521@LegalBrains.com
Telephone: 561-232-2222
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 8th day of April 2021, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Peter Ticktin\_\_\_\_\_
Peter Ticktin

**SERVICE LIST**

Woodrow H. Pollack
Shutts & Bowen, LLP
wpollack@shutts.com
4301 W Boy Scout Blvd, Suite 300
Tampa, FL 33607
(813) 463-4894
*Counsel for Defendants*


Peter Ticktin
Jamie Alan Sasson
Michael J. McCormick, Jr.
Emily B. Chatzky
The Ticktin Law Group
Serv512@LegalBrains.com
Serv513@LegalBrains.com
Serv540@LegalBrains.com
Serv521@LegalBrains.com
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: 561-232-2222
*Counsel for the Plaintiff*