IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____

GLOBAL GLASS TECHNOLOGIES, INC.,

       Plaintiff,

v.                                      Case No. 8:20-cv-2517

RESEARCH FRONTIERS INC.
and GAUZY LTD,

       Defendants.
_____/

**DEFENDANTS' NOTICE OF FILING EXHIBITS**

      Defendants hereby file their Notice of Filing Exhibits A and D to their Motion for Attorney's Fees [Dkt. 172] filed on February 20, 2024. While undersigned was able to successfully upload Exhibits A and D for filing in connection with their Motion for Attorney's Fees, when attempting to download the documents, Exhibits A and D [Dkts 172-1] and [172-10] showed corrupt files. Undersigned's office called the clerk's office this morning and is hereby refiling Exhibits A and D to their Motion for Attorney's Fees.

February 21, 2024                    /s/ *Woodrow H. Pollack*
                                             Woodrow H. Pollack
                                             Florida Bar No. 26802
                                             Brian J. Paul
                                             Florida Bar No. 1018684
                                             Shutts & Bowen, LLP
                                             4301 W Boy Scout Blvd
                                             Suite 300
                                             Tampa, FL 33607
                                             (813) 463-4894

>wpollack@shutts.com
>bpaul@shutts.com
>
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on <u>February 21, 2024</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

>*/s/ Woodrow H. Pollack*
>Woodrow H. Pollack